|  |  |
|---|---|
| JOHN FEANE, ET AL<br>- against -<br>PHILLIPS & COHEN ASSOC, LTD., ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# 08 CV 6482

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

LUIZA DYMITRYSZYN, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in NJ.
That on date/time: 08/05/2008  03:30PM , at 695 RANCOCAS RD.  WESTAMPTON TWP.  NJ  08060
deponent served the within: SUMMONS IN A CIVIL CASE, COMPLAINT
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: PHILLIPS & COHEN ASSOC, LTD.
[ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** — By personally delivering to and leaving with said PHILLIPS & COHEN ASSOC, LTD. and that he knew the person so served to be the person mention and described in said SUMMONS IN A CIVIL CASE, COMPLAINT

**CORPORATION B [X]** — By delivering to and leaving with ADAM COHEN at 695 RANCOCAS RD.  WESTAMPTON TWP.  NJ  08060 and that he knew the person so served to be the MANAGING AGENT of the corporation.

**SUITABLE AGE PERSON C [ ]** — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York.

**AFFIXING TO DOOR, ETC. D [ ]** — By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of New York. Deponent had previously attempted to serve the above named recipient on/at: 1.___ 2.___ 3.___ Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.

**MAILING TO RESIDENCE E1 [ ]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's last known residence at _____ and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within New York State on 08/05/2008.

**MAILING TO BUSINESS E2 [ ]** Use with C or D — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at _____ in an official repository under the exclusive care an custody of the US Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on 08/05/2008.

**F [X]** — DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**VOID WITHOUT DESCRIPTION** Use with A,B,C,D
[X] Male  [X] White Skin  [ ] Black Hair  [ ] White Hair  [ ] 14 - 20 Yrs.  [ ] Under 5'  [ ] Under 100 Lbs.
[ ] Female  [ ] Black Skin  [ ] Brown Hair  [ ] Balding  [ ] 21 - 35 Yrs.  [ ] 5'0" - 5'3"  [ ] 100 - 130 Lbs.
[ ] Yellow Skin  [X] Blonde Hair  [ ] Moustache  [X] 36 - 50 Yrs.  [ ] 5'4" - 5'8"  [ ] 131 - 160 Lbs.
[ ] Brown Skin  [ ] Gray Hair  [ ] Beard  [ ] 51 - 65 Yrs.  [ ] 5'9" - 6'0"  [X] 161 - 200 Lbs.
[ ] Red Skin  [ ] Red Hair  [ ] Glasses  [ ] Over 65 Yrs.  [X] Over 6'  [ ] Over 200 Lbs.
Other identifying features: _____

**WITNESS FEE G [ ]** — Witness fee of $0 the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient  [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE [X]** — I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatsoever and received a negative reply. *Defendant wore civilian clothes and no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated.

Subscribed and Sworn to me this
7 day of August, 2008
Notary Signature: *Jackeline Gonzalez*
Name of Notary: JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 7, 2010

I, _____ LUIZA DYMITRYSZYN, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
Signature of Process Server   8/7/2008
Date

G.P.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

JOHN FEANE, an individual; and ANN MARIE FEANE, an individual

V.

PHILLIPS & COHEN ASSOCIATES, LTD., ADAM S. COHEN, MATTHEW M. PHILLIPS et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 6482**

JUDGE ROBINSON

TO: (Name and address of Defendant)

PHILLIPS & COHEN ASSOCIATES, LTD.
695 Rancocas Road
Westampton, New Jersey 08060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. ARLEO, ESQ.
164 Sunset Park Road
Haines Falls, NY 12436
Telephone: (518) 589-5264
Facsimile: (518) 751-1801

Attorney for the Plaintiffs

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   JUL 21 2008