AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** |
| EFFECTED (1) BY ME: | **LUIZA DYMITRYSZYN** |
| TITLE: | **PROCESS SERVER**        DATE: **08/05/2008  03:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ADAM S. COHEN

Place where served:

695 RANCOCAS RD.  WESTAMPTON TWP. NJ 08060

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ADAM S. COHEN

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____      SERVICES $ ____.____      TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/5/20 08

SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | ROBERT L. ARLEO, ESQ |
| PLAINTIFF: | JOHN FEANE, ET AL |
| DEFENDANT: | PHILLIPS & COHEN ASSOC, LTD., ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 6482 |

08/05/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN   District of   NEW YORK

JOHN FEANE, an individual; and ANN MARIE
FEANE, an individual

V.

PHILLIPS & COHEN ASSOCIATES, LTD.,
ADAM S. COHEN, MATTHEW M. PHILLIPS et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV. 6482**

**JUDGE ROBINSON**

TO: (Name and address of Defendant)

ADAM S. COHEN
695 Rancocas Road
Westampton, New Jersey 08060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. ARLEO, ESQ.
164 Sunset Park Road
Haines Falls, NY 12436
Telephone: (518) 589-5264
Facsimile: (518) 751-1801

Attorney for the Plaintiffs

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                          JUL 2 1 2008

CLERK                                           DATE

(By) DEPUTY CLERK