| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: | **SUMMONS IN A CIVIL CASE, COMPLAINT** | |
| EFFECTED (1) BY ME: | **LUIZA DYMITRYSZYN** | |
| TITLE: | **PROCESS SERVER** | DATE: **08/05/2008  03:30PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MATTHEW M. PHILLIPS

Place where served:

695 RANCOCAS RD.  WESTAMPTON TWP. NJ 08060

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ADAM COHEN

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M    AGE: 36-50    HEIGHT: OVER 6'    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BLONDE    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___      SERVICES $ _____.___      TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/5/20 08        _____ L.S.
SIGNATURE OF LUIZA DYMITRYSZYN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8-5-08

JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec 7, 2010

ATTORNEY:    ROBERT L. ARLEO, ESQ
PLAINTIFF:   JOHN FEANE, ET AL
DEFENDANT:   PHILLIPS & COHEN ASSOC, LTD., ET AL
VENUE:       NYDISTRICT
DOCKET:      08 CV 6482

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

G.P.

⬟AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |

JOHN FEANE, an individual; and ANN MARIE FEANE, an individual

V.

PHILLIPS & COHEN ASSOCIATES, LTD., ADAM S. COHEN, MATTHEW M. PHILLIPS et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 6482**

TO: (Name and address of Defendant)

MATTHEW M. PHILLIPS
695 Rancocas Road
Westampton, New Jersey 08060

**JUDGE ROBINSON**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROBERT L. ARLEO, ESQ.
164 Sunset Park Road
Haines Falls, NY 12436
Telephone: (518) 589-5264
Facsimile: (518) 751-1801

Attorney for the Plaintiffs

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    JUL 2 1 2008

CLERK                                                                          DATE

(By) DEPUTY CLERK