**WINNE, BANTA, HETHERINGTON,**
**BASRALIAN & KAHN, P.C.**
Michael J. Cohen, Esq. (MC6348)
Court Plaza South
21 Main Street
Hackensack, New Jersey 07601
(201) 487-3800
Attorneys for Defendants,
Phillips & Cohen Assoc., Ltd.,
Adam S. Cohen and Matthew M. Phillips

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
JOHN FEANE, an individual; and ANN
MARIE FEANE, an individual,    DOCKET NO: 08-cv-6482 (SCR)

                Plaintiff,

  -against-    **NOTICE OF APPEARANCE**

PHILLIPS & COHEN ASSOCIATES, LTD.,
ADAM S. COHEN, MATTHEW M.
PHILLIPS, and JOHN AND JANE DOES
NUMBERS 1 THROUGH 25, SAID
PERSONS BEING NAMED HEREIN AS
THE PERSONS WHO ALSO CONTROL
THE POLICIES AND PRACTICES
INVOKED BY PHILLIP & COHEN
ASSOCIATES, LTD.,

                Defendants.
---------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    **PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel on behalf of defendants Phillips & Cohen Assoc., Ltd., Adam S. Cohen and Matthew M. Phillips.

    I hereby certify that I am admitted to practice in this court.

06483- 00001
68803v1

Dated: Hackensack, New Jersey
August 25, 2008

                                     s/ Michael J. Cohen
                                     Michael J. Cohen (MC6348)
                                     **WINNE, BANTA, HETHERINGTON**
                                        **BASRALIAN & KAHN, P.C.**
                                     21 Main Street
                                     Court Plaza South
                                     Hackensack, New Jersey 07601
                                     (201) 487-3800 (ph)
                                     (201) 487-8529 (fax)
                                     *Attorneys for Defendants*

To:    Robert L. Arleo, Esq.
         164 Sunset Park Road
         Haines Falls, NY 12436

06483- 00001
68803v1