# WINNE, BANTA, HETHERINGTON, BASRALIAN & KAHN, P.C. COUNSELLORS AT LAW

ESTABLISHED 1922

COURT PLAZA SOUTH – EAST WING
21 MAIN STREET, SUITE 101
P.O. BOX 647
HACKENSACK, NJ 07601-0647
(201) 487-3800
FACSIMILE (201) 487-8529
(201) 525-9460

www.winnebanta.com

NEW YORK OFFICE
10 EAST 40TH STREET, SUITE 1308
NEW YORK, NEW YORK 10016
(212) 644-1710

ROBERT A. HETHERINGTON III
JOSEPH L. BASRALIAN+
ROBERT M. JACOBS
GERALD GOLDMAN+
GARY S. REDISH+
RICHARD R. KAHN+
THOMAS J. CANGIALOSI, JR.+
CAROLYN GERACI FROME
BRUCE R. ROSENBERG
MARTIN J. DEVER, JR.+*
KENNETH K. LEHN •
SCOTT K. McCLAIN°
EDWARD P. D'ALESSIO+x
RICHARD D. WOLLOCH+
MICHAEL G. STINGONE°
CHRISTOPHER H. MINKS

PETER G. BANTA+
MATTHEW COHEN+
ARTHUR J. SIMPSON, JR. +∆
DONALD W. DE CORDOVA
FRANK J. FRANZINO, JR.+
ELIZABETH EILENDER+*
COUNSEL TO THE FIRM

JACEY A. RAIMONDO
DOREEN E. WINN+
CHRISTINE R. SMITH
R.N. TENDAI RICHARDS
ROMAN VACCARI+*
SHARON REIDER BABB+
RITA R. MUNGIOLI+
MICHAEL J. COHEN+
MELISSA A. SAGER+
JOSEPH M. VIGLIOTTI

WALTER G. WINNE (1889-1972)
HORACE F. BANTA (1895-1985)
BRUCE F. BANTA (1932-1983)

• CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
+MEMBER NEW YORK BAR ALSO
° MEMBER CONNECTICUT BAR ALSO
* MEMBER PENNSYLVANIA BAR ALSO
x MEMBER WASHINGTON, D.C. BAR ALSO
∆ CPA (NJ)

Via Facsimile
(914) 390-4177

August 25, 2008

Email address: mcohen@winnebanta.com
Direct Dial:  201-562-1088

Hon. Stephen C. Robinson, U.S.D.J.
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

Re:  Feane v. Phillips & Cohen Assoc., Ltd.
Docket No. 08-cv-6482 (SCR)

Dear Judge Robinson:

This firm serves as local counsel for defendants Phillips & Cohen Associates, Ltd., Adam S. Cohen, and Matthew M. Phillips, who write collectively to request a 10-day extension to Answer or otherwise respond to the First Amended Complaint.

Defendants' time to Answer or otherwise move in response to the Complaint presently expires today (August 25, 2008). Ms. Dayle Van Hoose, of the firm Sessions Fishman Nathan & Israel, LLP of Tampa, Florida, counsel for these defendants, has conferred with Mr. Arleo, counsel for the plaintiff, and obtained his consent to make this request. No prior requests have been made for such an extension. If defendants' request is granted, the new date for filing an Answer or other response to the First Amended Complaint would be Thursday ~~August~~ September 4, 2008. Accordingly, defendants request that a 10-day extension be granted.

Respectfully submitted,

*Michael J. Cohen*

cc: Robert L. Arleo (via facsimile)

06483-00001
68815v1

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSON
8/25/08