**WINNE, BANTA, HETHERINGTON,**
**BASRALIAN & KAHN, P.C.**
Michael J. Cohen, Esq. (MC6348)
Richard D. Wolloch, Esq. (RW2820)
Court Plaza South
21 Main Street
Hackensack, NJ  07601
(201) 487-3800
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JOHN FEANE, an individual; and
ANN MARIE FEANE, an individual,

           Plaintiffs,

   v.

PHILLIPS & COHEN ASSOCIATES, LTD.,
ADAM S. COHEN, MATTHEW M.
PHILLIPS and JOHN AND JANE DOES
NUMBERS 1 THROUGH 25, SAID
PERSONS BEING NAMED HEREIN AS
THE PERSONS WHO ALSO CONTROL
THE POLICIES AND PRACTICES
INVOKED BY PHILLIPS & COHEN
ASSOCIATES, LTD.,

           Defendants.
---------------------------------------------------------x

Case No. 7:08-cv-06482 (SCR)

**NOTICE OF PENDING SETTLEMENT**

     Defendants, Phillips & Cohen Associates, Ltd., Adam S. Cohen, and Matthew M. Phillips, through counsel, hereby submit this Notice of Pending Settlement and state that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

06483- 00001
69693v1

WHEREFORE, Defendants request that this Court stay all pending deadlines 30 days to allow the parties time to file the dismissal.

Dated: Hackensack, New Jersey
      September 4, 2008

                                      Respectfully submitted,

                                      **WINNE, BANTA, HETHERINGTON,**
                                       **BASRALIAN & KAHN, P.C.**
                                      Attorneys for Defendants,

                                      By:     s/ Michael J. Cohen
                                               Michael J. Cohen

                                      Of counsel:
                                      Dayle M. Van Hoose
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
                                      9009 Corporate Lake Drive, Suite 300-S
                                      Tampa, Florida  33634
                                      Telephone No.: (813) 890-2461
                                      Facsimile No.: (813) 889-9757

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically and served upon counsel for the plaintiff, Robert Louis Arleo, 225 East 79th Street, 2B, New York, New York 10021 via the Court's CM/ECF electronic filing and case management system.

Dated: Hackensack, New Jersey
      September 4, 2008

                                                              s/ Michael J. Cohen
                                                               Michael J. Cohen